UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SKYTRUCK COMPANY, LLC a Florida LLC,

        Plaintiff,

-vs-                                                     Case No. 2:09-cv-267-FtM-99SPC

SIKORSKY AIRCRAFT CORPORATION a
Connecticut corporation,

        Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff Skytruck, Inc.'s Motion for Leave to Amend Complaint and Add a Party (Doc. #51) filed on February 4, 2010. The Defendant filed its Response in Opposition (Doc. # 52) on February 19, 2010. The Motion is now ripe for the Court's review.

While timely motions for leave to amend are held to a very liberal standard, motions filed after the leave to amend deadline should be denied. Perez v. Pavex Corp., 2002 WL 31500404 (M.D. Fla. October 18, 2002); Senger Brothers Nursery, Inc. v. E.I. Dupont De Nemours & Company, 184 F.R.D. 674, 678 (M.D. Fla 1999). Motions to amend filed after the Case Management and Scheduling Order's deadline are held to the "good cause" standard under Rule 16(b) and should be denied unless the schedule mandated in the scheduling order cannot "be met despite the diligence" of the moving party. Sosa v. Airprint Systems, Inc., 133 F.3d 1417, 1419 (11th Cir. 1998); Smith v School Board of Orange County, 487 F.3d 136, 1366 (11th Cir. 2007). Pursuant to the Case Management and Scheduling Order (Doc. # 37) the deadline to amend pleadings and add parties

expired on November 30, 2009. Therefore, the good cause standard found in Fed. R. Civ. P. 16(b) governs this Motion to Amend rather than the freely given standard found in Rule 15(a).

The Plaintiff moves the Court to add Polskie Zaklady Lotnicze (PZL) as a Party Defendant to this case. As grounds, the Plaintiff states that PZL was unjustly enriched by selling ten (10) M-28 helicopters to the Sierra Nevada Company (SNC) for use by the United States Airforce (USAF), in violation of several agreements between PZL, the Plaintiff's and SNC. The Plaintiff alleges that PZL is a subsidiary wholly owned and operated by the Defendant Sikorsky Aircraft Corporation, and therefore a necessary party to the action.

The Defendant states that although it did send out advertising that it purchased PZL, the purchase was never actually finalized. The Defendant also argues that the Motion to Add a Party was untimely filed without good cause and should therefore be denied.

The deadline to file an amended complaint or add a party expired on November 30, 2009. The Plaintiff moved the Court to enlarge the deadline to amend and add parties until thirty (30) days after the deadline expired. The Court denied that Motion because it is not the Court's general policy to allow open ended deadlines pending a motion to dismiss. However, the Court did not rule on the Motion to Amend but instead merely denied the enlargement of time pending a future ruling by the Court. A review of the facts as alleged by the Plaintiff demonstrates that PZL is a necessary party to the action. It is clear that the Plaintiff made an attempt to add PZL in a timely manner by its Motion to Enlarge the deadline but was prevented by the Court's Order. The Court will therefore, overrule the untimeliness objection.

Whether or not PZL is a subsidiary of the Defendant or acted alone is a matter of fact that will be resolved through the litigation process. Since the sale of the M-28 helicopters is the basis

for the instant action, it is in the interest of judicial economy to grant the Motion and allow the Plaintiff to add PZL as a party to the instant action.

On August 14, 2009, the Defendant Sikorsky filed a Motion to Dismiss (Doc. # 29). The Motion is now moot and is due to be denied as such.

Accordingly, it is now

**ORDERED:**

(1) The Plaintiff, Skytruck, Inc.'s Motion for Leave to Amend Complaint and Add a Party (Doc. #51) is **GRANTED**. The Clerk of the Court is hereby to accept the Amended Complaint filed as Exhibit 1 to the instant Motion to Amend.

(2) The Defendant, Sikorsky Aircraft Corporation's Motion to Dismiss (Doc. # 29) is **DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___24th___ day of February, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record