## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

SKYTRUCK COMPANY, LLC  a Florida LLC,

        Plaintiff,

-vs-                                          Case No.  2:09-cv-267-FtM-99SPC

SIKORSKY AIRCRAFT CORPORATION a
Connecticut corporation, and POLSKIE ZAKLADY
LOTNICZE

        Defendants.
_____

## ORDER

      This matter comes before the Court *sua sponte* upon review of the file.  On September 10, 2010, counsel on behalf of Skytruck Company, LLC requested an extension of certain deadlines in the Case Management Order (Doc. #80).  The Court finds that the extension of the mediation deadline was inadvertently left off the Court's Order of September 14, 2010, extending other deadlines.  The Court finds good cause to extend the mediation deadline in this matter as well.

      Accordingly, it is now

      **ORDERED:**

The request for an extension of the mediation deadline is **GRANTED** to the extent that the parties shall have up to and including **November 1, 2010**, to mediate this cause.

      **DONE AND ORDERED** at Fort Myers, Florida, this   24th    day of September, 2010.

                                                  SHERI POLSTER CHAPPELL
                                                  UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record