**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SKYTRUCK COMPANY, LLC  a Florida LLC,

      Plaintiff,

-vs-                                       Case No.  2:09-cv-267-FtM-99SPC

SIKORSKY AIRCRAFT CORPORATION a
Connecticut corporation, and POLSKIE ZAKLADY
LOTNICZE

      Defendants.

_____

**ORDER**

This matter comes before the Court on the Defendant, Sikorsky Aircraft Corporation's Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint  (Doc. #136) filed on March 30, 2011; and the Defendant, Polskie Zaklady Lotnicke's (PZL) Motion for Extension of time to Respond to the Plaintiff's Third Amended Complaint (Doc. # 137) filed on March 30, 2011.

The response to the Plaintiff's Third Amended Complaint from both Defendants is due on March 30, 2011.  Both Defendants move the Court to enlarge the time to respond up to and including April 8, 2011. District courts have broad discretion in managing their cases. Chrysler International Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

Pursuant to Local Rule 3.01(g), the Defendant Sikorsky Aircraft Corporation asserts that it attempted to confer with the Plaintiff but has not been able to contact the Plaintiff's Counsel.  The

Defendant PZL stated that it contacted Plaintiff's Counsel but Plaintiff's Counsel was unable to state whether or not the extension of time would be opposed until Counsel could confer with co-counsel. Under the Local Rule merely attempting to confer is insufficient, however, given the limited time for the requested extension the Court finds good cause to grant the Motions.

Accordingly, it is now

**ORDERED:**

(1) The Defendant, Sikorsky Aircraft Corporation's Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint (Doc. #136) is **GRANTED**.

(2) The Defendant, Polskie Zaklady Lotnicke's (PZL) Motion for Extension of time to Respond to the Plaintiff's Third Amended Complaint (Doc. # 137) is **GRANTED**.

(3) The Defendants, Sikorsky Aircraft Corporation and PZL, have up to and including **April 8, 2011**, to file their respective responses to the Plaintiff's Third Amended Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this ___31st___ day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record