UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SKYTRUCK COMPANY, LLC  a Florida LLC,

        Plaintiff,

-vs-                                          Case No.  2:09-cv-267-FtM-99SPC

SIKORSKY AIRCRAFT CORPORATION a
Connecticut corporation, and POLSKIE ZAKLADY
LOTNICZE

        Defendants.
_____

**ORDER**

      This matter comes before the Court on the Defendant, Sikorsky Aircraft Corporation's Agreed Motion for Extension of Time Related to Experts (Doc. #191) filed on September 7, 2011. The Defendants' expert reports were due on September 7, 2011.  As grounds, the Defendant states that due to conflicting travel and work for this and other matters, as well as summer travel plans for the expert witnesses, Counsel states he has not been able to complete the reports.  He moves the Court for an additional two weeks to complete and submit the expert reports.

      Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendant conferred with the Plaintiff who does not oppose the requested relief.  Thus, the Court finds good cause to grant the Motion. However, Defense Counsel is cautioned that he is responsible for maintaining and keeping up with his caseload.  Future failures to comply with the Court's deadlines due to counsel's travel plans may be denied for lack of good cause.

      Accordingly, it is now

      **ORDERED:**

The Defendant, Sikorsky Aircraft Corporation's Agreed Motion for Extension of Time Related to Experts (Doc. #191) is **GRANTED**.  The Defendant Sikorsky Aircraft Corporation has up to and including **September 21, 2011**, to submit its Expert Reports.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of September, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record