**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SKYTRUCK COMPANY, LLC  a Florida LLC,

                     Plaintiff,

-vs-                                     Case No.  2:09-cv-267-FtM-99SPC

SIKORSKY AIRCRAFT CORPORATION a
Connecticut corporation, and POLSKIE ZAKLADY
LOTNICZE

                     Defendants.
_____

## <u>ORDER</u>

       This matter comes before the Court on the Defendants, Sikorsky Aircraft Corporation and

Polskie Zaklady Lotnicze's Motion to Allow the Plaintiff's Deposition After Close of Discovery

(Doc. #188) filed on September 6, 2011.  The Plaintiff identified Lance Maclean, Skytruck's

President, at the time of the incidents alleged in the Complaint as its Rule 30(b)(6) corporate

representative.

       Maclean's individual deposition and his deposition as corporate representative were

scheduled for August 2, 2011.  The individual deposition took up the entire day on August 2, 2011,

and another day was requested for Maclean to be deposed in his capacity as corporate representative.

Since Maclean was departing for Afghanistan on August 3, 2011, a new date had to be scheduled

after his return to Florida.  The Defendants now move the Court to allow the deposition of the

Plaintiff's 30(b)(6) corporate representative, Lance Maclean, to go forward after the end of the

discovery period.

According to the Amended Case Management and Scheduling Order (Doc. # 138) the discovery deadline expired on September 6, 2011.  The Defendants have a right to depose the Plaintiff's Rule 30(b)(6) corporate representative. Thus the Court finds good cause to extend the discovery deadline for the limited purpose of deposing Lance Maclane in his position as corporate representative.

Accordingly, it is now

**ORDERED:**

The Defendants, Sikorsky Aircraft Corporation and Polskie Zaklady Lotnicze's Motion to Allow the Plaintiff's Deposition After Close of Discovery (Doc. #188) is **GRANTED**.  The Defendants have up to and including **October 6, 2011**, to schedule and depose the Plaintiff's corporate representative Lance Maclane.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th____ day of September, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

-2-