UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SKYTRUCK COMPANY, LLC, a Florida LLC,

    Plaintiff,

v.                                                                         Case No: 2:09-cv-267-FtM-38UAM

SIKORSKY AIRCRAFT CORPORATION and POLSKIE ZAKLADY LOTNICZE,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of Sikorsky Aircraft Corporation's Notice of Filing Appellee's Motion for Attorney's Fees (Doc. #295) filed on September 9, 2013. On May 14, 2013, the Eleventh Circuit Court of Appeals granted Sikorsky's Motion for Appellate Attorney's Fees and Expenses as to entitlement, and remanded to the District Court for a determination of the reasonable amounts to be awarded. (Doc. #291). As the Motion for Appellate Attorney's Fees was not included in the District Court record, Sikorsky has filed the instant Notice, along with a copy of the Motion, with this Court for disposition in accordance with the Eleventh Circuit's Order. The Court notes that no response in opposition or agreement to the Motion is included in this Court's file. Thus, the Court will allow Plaintiff Skytruck a period of time to file a response in opposition regarding the reasonableness of appellate attorney's fees and costs only. If Skytruck does not oppose the Motion in the time permitted, the Court will presume the amounts the Motion requests are reasonable, will review the amounts, and will order payment of reasonable appellate attorney's fees to Sikorsky.

Accordingly, it is now

**ORDERED:**

Skytruck shall have up to and including **October 8, 2013**, to file a response in opposition to Sikorsky Aircraft Corporation's Motion for Appellate Attorney's Fees and Expenses (Doc. #295).

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record