UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SKYTRUCK COMPANY, LLC, a Florida
LLC,

      Plaintiff,

v.                                  Case No:  2:09-cv-267-FtM-38UAM

SIKORSKY AIRCRAFT
CORPORATION and POLSKIE
ZAKLADY LOTNICZE,

      Defendants.

_____/

## ORDER

This matter comes before the Court on Sikorsky Aircraft Corporation's Notice of Filing Appellee's Motion for Attorney's Fees (Doc. #295) filed on September 9, 2013. On May 14, 2013, the Eleventh Circuit Court of Appeals granted Sikorsky's Motion for Appellate Attorney's Fees and Expenses as to entitlement, and remanded to the District Court for a determination of the reasonable amounts to be awarded. (Doc. #291). As the Motion for Appellate Attorney's Fees was not included in the District Court record, Sikorsky has filed the instant Notice, along with a copy of the Motion, with this Court for disposition in accordance with the Eleventh Circuit's Order. The Court notes that no response in opposition or agreement to the Motion is included in this Court's file. Thus, the Court allowed Plaintiff Skytruck until October 8, 2013, to file a response in opposition regarding the reasonableness of appellate attorney's fees and costs only.  In that Order, the Court informed Skytruck that if it does not oppose the Motion in the time permitted, the Court will presume the amounts the Motion requests are reasonable, will review the amounts, and will order payment of reasonable appellate attorney's fees to

Sikorsky. (Doc. #296). To date, Skytruck has not filed a response in opposition. Thus, as stated in this Court's previous Order, the Court will presume the amounts requested in Sikorsy's Motion are reasonable. This Court has reviewed the amounts, deemed them to be reasonable, and will order payment of the appellate attorney's fees.

Accordingly, it is now

**ORDERED:**

(1) Sikorsky Aircraft Corporation's Notice of Filing Appellee's Motion for Attorney's Fees (Doc. #295) is **GRANTED**. Skytruck shall pay Sikorsky's reasonable appellate attorney's fees and costs in the amount of $92,660.70.

(2) The Clerk is directed to amend the Judgment (Doc. #275) accordingly to include this amount. The Clerk is further directed to include this Court's previous entry of attorney's fees and costs in the amount of $340,607.27 (Doc. #294) in the amended judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record